**Dismissed and Opinion Filed July 19, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00296-CV

### JENNIFER LEA MURDOCK, Appellant
### V.
### YEN-SHIH CHEN, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00050-2017**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated March 22, 2017, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 22, 2017, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By order dated June 21, 2017, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs

within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


170296F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JENNIFER LEA MURDOCK, Appellant

No. 05-17-00296-CV          V.

YEN-SHIH CHEN, Appellee

On Appeal from the County Court at Law No. 7, Collin County, Texas
Trial Court Cause No. 007-00050-2017.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee YEN-SHIH CHEN recover the costs of this appeal from appellant JENNIFER LEA MURDOCK.

Judgment entered July 19, 2017.